896 A.2d 1162

**In the Matter of Michael Darryl LANE.**

**Petition for Reinstatement from Inactive Status.**

**No. 4 DB 2005.**

Supreme Court of Pennsylvania.

March 10, 2006.

*O R D E R*

PER CURIAM:

AND NOW, this 10th day of March, 2006, upon consideration of the Report and Recommendations of the Disciplinary

Board dated January 10, 2006, the Petition for Reinstatement from Inactive Status is GRANTED.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

Justice BALDWIN did not participate in this matter.